

Milana Dostanitch – Of Counsel

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.764.5828
milana@lipskylowe.com

www.lipskylowe.com

June 30, 2022

VIA ECF
The Honorable Marcia M. Henry, U.S.M.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Yunganaula v. D.P. Group Gen. Contractors Inc.,
           21-cv-2015 CBA-MMH

Dear Magistrate Judge Henry:

This firm represents the Plaintiff and submits this letter with Defendant D.P. Group General Contractors/Developers Inc. ("DP Group") seeking the Court's approval of the settlement agreement pursuant to the Court's June 8, 2022 Order.

I.    Summary of Plaintiff's Claims and Damages
    A.    Overview of Defendant's Business and Plaintiff's Duties & Hours Worked

DP Group is a general contractor in the State of New York. It employed Plaintiff from June 2017 to October 2019 as a helper and a mason tender.

Plaintiff worked 5 to 6 days a week, working from 7:00 a.m. to 3:30 p.m., with a 30-minute lunch break, equaling 8-hour days; and working, two Saturdays per month, from 8:00 a.m. until about 2:30 p.m., with a 30-minute lunch break, averaging 6.5-hour days, totaling 43.3 hours per week. As to tracking hours, DP Group asked Plaintiff to track his own hours using a sign in sheet.

    B.    Plaintiff's Hourly Rates and Defendant's Alleged Wage Practices

DP Group paid Plaintiff $22 per hour, making $33 his overtime rate. However, DP Group did not pay him for *all* the overtime hours worked. First, it did not pay him for the hours he worked beyond his scheduled hours. Second, it regularly rounded down the time he worked to the nearest hour or half hour. Third, it failed to pay him overtime premium pay when he worked on more than one jobsite per week. Finally, he was never provided with the Notice and Acknowledgment of Payrate and Payday or with accurate wage statements, required under Labor Law §§ 195.1 and 195.3.

    C.    Plaintiff's Estimated Damages

We calculate that DP Group owes him at least $2,524.50 in unpaid straight time and $5,527.50 in unpaid overtime wages. He is also owed $10,000 for DP Group's Labor



Law §§ 195.1 and 195.3 violations. Putting this all together, his total compensatory damages for his wage and hour claims, minus liquidated damages and interest, are <u>$18,052</u>.

## II.    Procedural and Settlement History

On January 6, 2022, Plaintiff filed his Amended Complaint that asserts many claims: failure to pay overtime under the Fair Labor Standards Act and New York Labor Law; failure to pay minimum wage under the Labor Law; Labor Law record-keeping violations under Labor Law §§ 195.1 and 195.3; unlawful deductions under the Labor Law; and unpaid uniform costs and maintenance under the Labor Law; and disability discrimination and failure to accommodate claims under the New York City Human Rights Law and New York State Human Rights Law.[1] The Parties engaged in meaningful informal and limited formal discovery, including exchanging over 515 pages of documents. On May 17, 2022, the parties participated in a mediation and reached a settlement agreement. The Agreement was not, however, fully-executed until June 30, 2022.[2]

## III.    Summary of Settlement Terms

Plaintiff has agreed to resolve his claims for <u>$8,052</u>: $4,945.28 payable to Plaintiff; $3,106.72 payable to his counsel Lipsky Lowe in fees and costs.[3]

## IV.    Summary of Defendant's Defenses

Defendant adamantly denies any wrongdoing, including that Plaintiff worked the days and the hours he claims and that he is owed the money that he alleges. Though Plaintiff may have some sporadic 45-50 hour weeks, it was not the norm, in fact, it was quite rare.

Based on a review of time records for the entirety of Plaintiff's employment, Defendant asserts that Plaintiff's average hours worked was 37.22 per week. Further, for the weeks when he did work over 40 hours per week, Defendant asserts that Plaintiff was properly compensated, with few exceptions where he was paid his normal hourly rate, rather than an ove.

Defendant also maintains that Plaintiff's paystubs were accurate as to the hours worked and wages received. As such, Defendant asserts that they do not owe Plaintiff nearly as much unpaid minimum and overtime wages. Defendants further assert that they are not liable for the Labor Law § 195.3 violation, because they supplied them with accurate wage statements throughout the duration of their employment.

---

[1] With discovery, Plaintiff learned the claims of failure to pay minimum wage, untimely paid wages, and breach of the public works contracts for failure to pay prevailing wages and supplemental benefits claims do not apply to DP Group.

[2] June 30, 2022 Agreement, Exhibit A.

[3] Agreement ¶ 2.



V.   **The Agreement Should Be Approved As It is Fair and Reasonable and Complies with the *Cheeks v. Freeport Pancake House, Inc.***

    A.   <u>The Agreement is Fair and Reasonable.</u>

A court should consider the totality of circumstances to determine whether the proposed settlement is fair and reasonable. This includes at least five factors: (1) the complexity, expense and likely duration of litigation; (2) the stage of the proceedings; (3) the risks of establishing liability; (4) the risks of establishing damages; (5) the ability of defendants to withstand a larger judgment; and (6) the range of reasonableness in light of the best possible recovery and all the risks of litigation. *Wolinsky v. Scholastic Inc.*, 2012 U.S. Dist. LEXIS 93918, at *4-5 (S.D.N.Y. July 5, 2012).

First, the settlement is reasonable and fair in view of the case's complexity, expense and the duration of the litigation. While certain parts of this FLSA matter are not highly complex, the parties do not agree even on the basic facts: his hours worked. If this case were to proceed, the parties would need to conduct full discovery, including several depositions, engaging in costly and time-consuming litigation. As such, this factor favors approving the settlement. *See Marshall v. Deutsche Post DHL*, 1:13-cv-1471 (RJD) (JO), 2015 U.S. Dist. Lexis 125869, at *12 (E.D.N.Y. Sept. 21, 2015) (finding that costly litigation favors approving settlement).

Second, the settlement is reasonable considering the stage of the proceedings: the parties participated in limited formal and meaningful informal discovery, allowing them to adequately evaluate the strengths and weaknesses of their respective claims and defenses. *See Alvarez*, 2017 U.S. Dist. Lexis 206043, at *8 (approving settlement where discovery was incomplete but the parties had sufficient information to analyze the case).

Third, the settlement is reasonable and fair considering the risks of establishing liability and damages. If Plaintiff is unable to establish his hours worked, he would be entitled to zero damages. The settlement avoids this risk. *See Marshall*, 2015 U.S. Dist. Lexis 125869, at *13.

Fourth, the settlement is reasonable considering Defendant's hardship during COVID-19 and its inability to withstand a larger judgment. This is a large factor in the parties reaching this agreement. *See Sanchez*, 2018 U.S. Dist. LEXIS 70647, *9 (approving settlement that provides for 20% of claimed damages based on financial condition).

Fifth, the settlement is reasonable considering his best possible recovery and the litigation risks. He calculates his total recovery for his wage and hour claims, excluding interest and liquidated damages, to be <u>$18,052</u>. To obtain this, he would have to prove his hours worked and disprove the hours Defendant claim he worked. A real likelihood, therefore, exists that he would recover a fraction of his claimed damages. But this settlement provides him with 44.6% ($8,052.00/$18,052) of his claimed damages. This range favors approval. *See Alvarez*, 2017 U.S. Dist. Lexis 206043, at * 25 (approving an FLSA settlement where plaintiff's recovery varied significantly on the success of defenses).

Sixth, the settlement is the product of arm's-length settlement negotiations and was reached after meaningful discovery and a mediation with the well-regarded mediator,



The Honorable Marcia M. Henry
June 30, 2022

Raymond Nardo. *See Garcia v. Pancho Villa's of Huntington Vill., Inc.*, 2012 U.S. Dist. Lexis 144446, at * 7-8 (E.D.N.Y. Oct. 4, 2012) (approving settlement that was reached following arm's-length negotiations and with a mediator's assistance).

B.      The Agreement Complies with *Cheeks v. Freeport Pancake House*.

The Agreement complies with the requirements under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015) and its progeny. Namely, it questioned the validity of agreements that contain confidentiality provisions, single-sided general releases and attorneys' fees that go beyond a certain percentage. *Id.* None of those issues exist here.

Namely, the Agreement does not contain a confidentiality provision and it is publicly available, having been filed on the CM/ECF system with this motion. This concern thus does not exist, favoring approval. Additionally, the settlement release is appropriately tailored to the allegations and claims.[4] *See Hughes v. Northwell Health,* 20-CV-00479 (DRH) (ARL) at Dkt. 22, (E.D.N.Y. Mar. 11, 2021).[5]

VI.      The Court Should Approve Plaintiff Counsel's Fees and Expenses

Plaintiff's Counsel shall receive, under the Agreement and subject to the Court's approval, $2,518.33 in fees, which is one-third of the $8,052.00 settlement net of expenses.[6] Plaintiff's Counsel fee request is also pursuant to the contingency fee agreement with Plaintiff.[7] This amount is reasonable as contingency fees of one-third in the FLSA context are routinely approved. *See e.g., Sanchez v. Alan's R E 99 Cents & Up Inc.,* 2018 U.S. Dist. LEXIS 70647, at *13 (E.D.N.Y. Apr. 24, 2018) (approving one-third fee request).

Furthermore, Counsel's fee request is further reasonable considering their hourly rates and hours expended. Lipsky Lowe has expended more than 125 hours, equaling $36,196.65 in fees: 6.6 hours for Douglas Lipsky (partner) at $400 per hour, totaling $2,640.00; 100.1 hours for Milana Dostanitch (Senior Associate) at $300 per hour, totaling $30,030.00; 13.6 hours for Bayron Tapia (Associate) at $225 per hour, totaling $3,060.00; and 5.5 hours for CarmenLiggia Espinal (Paralegal) at $85 per hour, totaling $466.65.[8] These hours and rates are reasonable.

Counsel requests a rate of $400 for partner Douglas B. Lipsky, which is reasonable considering his background: he has practiced employment law for 17 years; prior to founding Lipsky Lowe, he was a Senior Associate at Seyfarth Shaw LLP in its employment practice group, which is consistently ranked as one of the top employment practice groups in the Country. Courts, recognizing this background, have previously approved this rate.

---

[4] Agreement ¶ 5.

[5] The Parties entered into a separate agreement for Plaintiff's discrimination claims that is not being submitted for approval with this motion since it is outside the scope of *Cheeks*, but can be submitted if that is the Court's preference. *Seecharan v. Heritage Place LLC*, 2021 U.S. Dist. LEXIS 50188, at *7 (E.D.N.Y. Mar. 15, 2021).

[6] $8,052 - $497 expenses = $7,555. $7,555 x 1/3 = $2,518.33. Agreement ¶ 2(a)(iii).

[7] Contingency Fee Agreement, Exhibit B.

[8] Contemporaneous and near contemporaneous time records, Exhibit C.



*See Rosado v. The French Paradox Inc., et al.*, 1:20-cv-7788 (MKV) (S.D.N.Y. April 26, 2021) (approving Lipsky's $400 rate). Furthermore, courts in this District have approved the requested rate for attorneys of similar experience in FLSA matters. *See Hall v. ProSource Technologies, LLC*, 2016 U.S. Dist. LEXIS 53791 (E.D.N.Y. April 11, 2016) ("Courts in the [EDNY] hourly rates ranging from $200 to $450 per hour for partners. . .").

Plaintiff requests an hourly rate of $300 for Milana Dostanitch, which is reasonable considering her background: she is an eighth-year associate who graduated in 2014 from Fordham University School of Law and has practiced exclusively in employment law since graduating and she is an Adjunct Professor at Fordham University School of Law, where she teaches trial preparation and courtroom presentation. Courts in this District have approved her at $300 and $325 per hour in FLSA cases. *See, e.g., Kazadavenko v. Atl. Adult Day Care Ctr. Inc.*, 2022 U.S. Dist. LEXIS 69998, at *9 (E.D.N.Y. Apr. 14, 2022)(approving her rate of $325 as reasonable); *Batista v. Heavy Construction Co., Inc. et al.*, No. 1:20-cv-03431 (RER), (E.D.N.Y. Feb. 15, 2021) (approving her rate of $300). These decisions are consistent with what courts have approved for other attorneys with comparable experience. *See Hall*, 2016 U.S. Dist. LEXIS 53791, at *39 (E.D.N.Y. Apr. 11, 2016) (approving $300 for a senior associate).

Plaintiff requests an hourly rate of $225 for Bayron Flores Tapia, who is a Junior Associate and graduated from Fordham University School of Law in 2021. This requested rate is consistent with what courts in the Eastern District have approved. *See Widjaja v. Kang Yue USA Corp.*, 09 Civ. 2089 (AMD) (CLP), 2016 U.S. Dist. LEXIS 34038, at *7-8 (E.D.N.Y. Mar. 16, 2016) (awarding junior associate $250 per hour in an FLSA case). Finally, Plaintiff requests an hourly rate of $85 for Counsel's paralegal, which is consistent what is regularly approved. *See Valencia v. Nassau Country Club*, 2020 U.S. Dist. LEXIS 194634, at *5 (E.D.N.Y. Oct. 19, 2020) (approving $75-100 for paralegals).

Furthermore, Counsel's lodestar is $36,196. Counsel, however, seeks only $2,518.33 in fees, representing 7% of their fees, which also supports the reasonableness of their request.

Finally, Lipsky Lowe is entitled to recover its costs of $497 (filing fee and for process server) [9]. *See* 29 U.S.C. § 216(b); N.Y. Lab. Law §§ 198(1-a), 663.

VII.    <u>Conclusion</u>

For the foregoing reasons, Plaintiff respectfully requests that the Court approve the Agreement and award the requested attorneys' fees and expenses.

Respectfully submitted,

LIPSKY LOWE LLP

<u>s/ Milana Dostanitch</u>
Milana Dostanitch

CC:    Defense Counsel (Via ECF)

---

[9] Counsel's expense records, Exhibit D.

# EXHIBIT A

DocuSign Envelope ID: EE1D6B7D-1B07-4342-BC20-2FDE56A004AF

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release (the "Agreement") is made and entered into by and between Raul Yunganaula, (hereinafter "Plaintiff"), and D.P. Group General Contractors/Developers Inc. (hereinafter referred to as the "Company" or "Defendant") on the other hand. Plaintiff and Defendant are collectively referred to herein as the "Parties."

**WHEREAS**, on or about April 14, 2021, Plaintiff commenced an action (the "Action") against the Defendant in the United States District Court for the Eastern District of New York, Civil Action Case No. 21-cv-02015-CBA-MMH (hereinafter "the Action"), alleging, among other things, that the Company violated the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL") by failing to pay minimum wage and overtime;

**WHEREAS**, Defendant denies all liability and all allegations of wrongdoing made by Plaintiff and the Court has not made any findings with respect to the merits of the claims asserted in the Action or otherwise;

**WHEREAS**, Defendant and the Plaintiff desire to resolve disagreements between them, including those asserted in the Action, in an amicable manner without the expense and aggravation of further litigation and without admission of liability or wrongdoing by anyone;

**NOW, THEREFORE**, with the intent to be legally bound and incorporating the above recitals, and for good and valuable consideration, the sufficiency and receipt of which the Parties acknowledge, the Parties agree as follows:

1. **Definitions**.

   (a)     "Plaintiff" as used in this Agreement means Raul Yunganaula and his heirs, devisees, legatees, executors, administrators, assigns, agents, representatives, businesses, insurers, subrogees, and attorneys, and any other persons or entities acting by, through, under, or in concert with any of the persons or entities listed in this subsection.

   (b)     "Defendant" or "the Company" as used in this Agreement means "D.P. Group General Contractors/Developers Inc" and all related companies, predecessors, successors, assigns, businesses, subsidiaries, divisions, holding companies, parent companies, partnerships, limited partnerships, partners, and any of their officers, directors, trustees, conservators, employees, agents, representatives, shareholders, stockholders, owners, heirs, devisees, legatees, executors, administrators, insurers, subrogees, and any other persons or entities acting by, through, under, or in concert with any of the persons or entities listed in this section. "Defendant" and "the Company" does <u>not</u> include Blanco Trucking Inc., or any entity or individual acting on its behalf, doing business as "Blanco" or "Blanco Trucking," or, as alleged in this action, any Defendant's subcontractor or unrelated company for which Plaintiff worked prior and outside of his employment with Defendant. Plaintiff agrees that this settlement agreement releases Defendant from any potential liability related to payment of wages due by subcontractors or unrelated companies.

DocuSign Envelope ID: EE1D6B7D-1B07-4342-BC20-2FDE56A004AF

2. **Consideration**. In full settlement and final satisfaction of any and all FLSA and NYLL wage-and-hour claims that Plaintiff had, has or may have against the Defendant, including, but not limited to, those FLSA and NYLL wage-and-hour claims raised in the Action, and in consideration for the promises and obligations set forth herein, including, but not limited to, the release by Plaintiff set forth in Paragraph 5, the Parties agree that the Company shall pay to Plaintiff and his counsel the total sum of Eight Thousand and Fifty-Two Dollars and No Cents ($8,052.00) (hereinafter, the "Settlement Amount") as follows:

(a)     **Settlement Payment**:

(i)     The Company will issue a payment made payable to "Raul Yunganaula in the amount of $2,518.33, less applicable tax withholding and deductions required by law, representing payment for any and all alleged unpaid overtime and other wages under the FLSA and NYLL, for which the Company will issue an IRS Form W-2;

(ii)     The Company will issue a payment made payable to "Raul Yunganaula" in the total amount of $2,518.33, from which no taxes or deductions will be withheld, representing payment for alleged emotional distress and/or physical damages, for which the Company will issue an IRS Form 1099-MISC with the information in Box 3; and;

(iii)     The Company will issue a payment made payable to "Lipsky Lowe LLP" in the amount of $3,015.33, from which no taxes or deductions will be withheld, representing payment for Plaintiff's attorneys' fees, costs and expenses incurred in this matter, whether those fees and costs were incurred by Lipsky Lowe LLP, for which the Company will issue an IRS Form 1099.

(b)     **Execution of Agreement and Stipulation and Order of Dismissal**:

(i)     Pursuant to Paragraph 9 below, upon execution of this Agreement, the Parties agree to immediately execute the "Stipulation and Order of Dismissal with Prejudice," in the form annexed hereto as Exhibit 1, which will be provided to the Court along with the Joint Motion for Approval of the Agreement.

(ii)     The settlement payment will be made within thirty (30) days following the completion of all of these events: (i) receipt by counsel for Defendant of this Agreement executed by Plaintiff; (ii) receipt by counsel for Defendant from Plaintiff of completed IRS Forms W-4 and W-9; (iii) the Court's endorsement of the "Stipulation and Order of Dismissal with Prejudice" or otherwise the Court's approval of this Agreement; and (iv) the Court's dismissal of the Action with prejudice or direction to the Clerk of the Court to close the Action. All of the aforementioned occurrences are express, material conditions precedent to payment of the Settlement Amount to Plaintiff, and all must take place prior to the payment of the Settlement Amount to Plaintiff. No payment of the Settlement Amount shall be paid absent satisfaction of these conditions precedent.

(iii)     All settlement payments shall be delivered or couriered to Plaintiff's Counsel, Douglas Lipsky, Esq., Lipsky Lowe, LLP, 420 Lexington Avenue, Suite 1830 New York, NY 10170-1830.

2

DocuSign Envelope ID: EE1D6B7D-1B07-4342-BC20-2FDE56A004AF

(iv)    Plaintiff agrees and affirms that the Settlement Amount described in Paragraph 2 is an amount in addition to anything of value to which Plaintiff already is entitled, and is good and valuable consideration for his acceptance of this Agreement.

(c)    **Delivery of Settlement Payments To Plaintiff and His Counsel**: The Company will deliver the consideration described in Paragraph 2(a) above to Plaintiff's Counsel within thirty (30) calendar days after all of the conditions set forth in Paragraph 2(b) have been satisfied. The conditions set forth in Paragraph 2(b) are conditions precedent to any obligation of the Company to pay and to any entitlement of Plaintiff to receive the consideration referenced in this Paragraph 2. If any of the conditions for payment are not met, Plaintiff shall return to the Company all payments received pursuant to this Agreement, if any.

3.    **Taxes and Withholdings**.    If, for any reason, it is determined by any federal, state or local taxing authority that any portion of the payments set forth in Paragraph 2 should have been subject to further taxation or withholding, Plaintiff agrees that he shall assume all responsibility for the payment of any employee taxes, interest and penalties assessed in connection with the portion paid to him individually or on his behalf, and shall protect, indemnify and hold harmless Defendant from any tax payment, interest and penalties attributable to Plaintiff.

4.    **Full Payment**. Plaintiff agrees and affirms that the Settlement Amount described in Paragraph 2 above shall constitute the entire amount of monetary consideration provided to Plaintiff and Plaintiff's legal counsel in connection with the FLSA and NYLL claims in the Action. This amount shall include compensation for alleged damages to Plaintiff and for any and all harm which he may have suffered because of any acts or omissions of the Defendant as alleged in the Action relating to any wage-and-hour claims, including for claims for unpaid wages or overtime pay under state and federal law or common law. Plaintiff agrees that the Settlement Amount is inclusive of any claim for attorney's fees, costs, interest and/or other expenses.

5.    **Release of Wage and Hour Claims.**.  In exchange for the payments identified in Paragraph 2 and in exchange for the other considerations supporting this Agreement, Plaintiff, on his own behalf and on behalf of his descendants, dependents, heirs, executors, administrators, and assigns, fully, finally and forever agrees unconditionally to release and discharge the Company and its predecessors, successors, officers, directors, employees and agents, and any affiliated person or entity that Plaintiff claims or may claim acted in their capacity (collectively, the "Releasees"), from all causes of action arising under the Fair Labor Standards Act, the New York Labor Laws, and/or any federal, state or local wage statute, regulation, government wage order, code, or ordinance concerning wage and hour matters, from the beginning of time through the date of Plaintiff's execution of this Agreement. Plaintiff agrees that he is releasing the claims set forth in this Paragraph, whether or not they are known to him at the time he signs this Agreement.

"Releasees" does not include Blanco Trucking Inc., or any entity or individual acting on its behalf, doing business as "Blanco" or "Blanco Trucking," or, as alleged in this action, any Defendant's subcontractor or any unrelated company for which Plaintiff worked prior and outside of his employment with Defendant.

3

DocuSign Envelope ID: EE1D6B7D-1B07-4342-BC20-2FDE56A004AF

This release of wage and hour claims includes, but is not limited to, all claims for unpaid minimum wage, overtime, unpaid wages, commissions, whether based on common law or otherwise, and all claims for improper deductions, failure to provide statutory notices, and failure to provide accurate pay stubs, travel time, spread of hours pay, tips, uniforms, call-in pay, bonuses, expenses, reimbursements and gratuities during Plaintiff's employment with the Company and any other compensation or wages, liquidated damages, compensatory damages, punitive damages, penalties, attorneys' fees, interests and/or costs related to the claims filed in this Action.

As an exemption from above, Plaintiff, on behalf of himself and, if any, his spouse, heirs, executors, testators, assigns, representatives and agents, does not release and does not waives any possible claims, actions, causes of action, complaints, rights, charges, obligations, liabilities, judgments, suits, debts, attorneys' fees, costs, sums of money, wages, bonuses, benefits of any type, accounts, reckonings, bonds, bills, specialties, covenants, controversies, agreements, contracts, promises, executions and demands, whatsoever in law or in equity, of any kind or nature, known or unknown, against Blanco Trucking, Inc., any entity or individual acting on its behalf, doing business as "Blanco" or "Blanco Trucking," and all related companies, predecessors, successors, assigns, subsidiaries, divisions, holding companies, parent companies, partnerships, limited partnerships, and any of their officers, directors, trustees, conservators, employees, agents, representatives, shareholders, stockholders, owners, heirs, devisees, legatees, executors, administrators, insurers, subrogees, and, with the exception of Releasees, any other persons or entities acting by, through, under, or in concert with any of the persons or entities listed in this section, or, as alleged in this action, any Defendant's subcontractor for which Plaintiff worked prior and outside of his employment with Defendant.

6.    **Claims Excluded from the Agreement**.  Nothing in this Agreement shall prohibit Plaintiff from filing a charge or complaint with, and/or participating in any investigation or proceeding conducted by, the U.S. Equal Employment Opportunity Commission, the National Labor Relations Board, the United States Securities and Exchange Commission, or any other federal, state, or local agency charged with the enforcement of any laws. Further, nothing in the Agreement shall be construed to interfere with: (a) the ability of any federal, state or local government agency to investigate any such charge or complaint, (b) Plaintiff's ability to communicate voluntarily with any such agency, or (c) Plaintiff's ability to provide truthful testimony in any court, administrative, arbitration or other proceeding. Notwithstanding the foregoing, Plaintiff waives any and all rights to recover monetary damages or other individual relief or recovery in any charge, complaint, or lawsuit filed by him or by anyone else on his behalf based on events occurring prior to the date he executes this Agreement, except for any right he may have to receive a payment from a government agency (and not the Company, or any of the Releasees) for information provided to the government agency, and except where such a waiver is prohibited by law. Plaintiff further understands that this Agreement does not release any claim that this Agreement has been breached.

7.    **No Admission of Liability**.  Neither this Agreement nor anything contained herein constitutes or is intended to constitute any finding of fact, admission of liability or assessment of liability by the Company under any law, ordinance, rule, regulation, policy or order with respect to any claim that Plaintiff has asserted, could have asserted or may assert in connection with Plaintiff's employment.  The Company has consistently denied, and continues to deny, each and

DocuSign Envelope ID: EE1D6B7D-1B07-4342-BC20-2FDE56A004AF

every allegation of wrongdoing made by Plaintiff, and has agreed to enter into this Agreement for the sole purpose of avoiding the cost and inconvenience of further litigation.

8.    **Medicare Compliance.** This settlement is based upon a good faith determination of the parties to resolve a disputed claim. The parties have not shifted responsibility of medical treatment to Medicare in contravention of 42 U.S.C. §1395y(b). Plaintiff warrants that he is not a Medicare beneficiary as of the date of this Agreement and therefore no conditional payments have been made by Medicare. Plaintiff agrees to indemnify and hold harmless the Company from any and all claims, demands, liens, subrogated interests, and causes of action of any nature or character that have been or may in the future be asserted by Medicare or persons or entities acting on behalf of Medicare, or any other person or entity, arising from or related to this Agreement, the payment of the Settlement Amount, any Conditional Payments made by Medicare, or any medical expenses or payments arising from or related to any released matters that are subject to this Agreement or the release set forth herein, including but not limited to (a) all claims and demands for reimbursement of Conditional Payments or for damages or double damages based upon any failure to reimburse Medicare for Conditional Payments; (b) all claims and demands for penalties based upon any failure to report, late reporting, or other noncompliance with or violation of Section 111 of MMSEA that is based in whole or in part upon late, inaccurate, or inadequate information provided to the Company by Plaintiff or his counsel or upon any failure of Plaintiff or his Counsel to provide information; and (c) all Medicaid liens. This indemnification obligation includes all damages, double damages, fines, penalties, attorneys' fees, costs, interest, expenses, and judgments incurred by or on behalf of the Company connection with such claims, demands, subrogated interests, or causes of action.

9.    **Covenant Not to Sue.** Except as provided in Paragraph 6 above, Plaintiff covenants and agrees not to file a lawsuit or commence any other legal proceeding against the Releasees concerning any matter released in Paragraph 5. Further, Plaintiff waives any right to become, and promises not to voluntarily become, a member of any class in a case in which any claim or claims released pursuant to Paragraph 5 of this Agreement are asserted against the Releasees involving any act or event occurring from the first day of the world through the date of his signing of this Agreement.

10.    **Submission to Court for Approval and Purposes of Dismissing the Action With Prejudice.**

(a)    The Parties intend for the Plaintiff to release any and all wage and hour claims he may have against the Company, including claims under the FLSA and NYLL, and therefore desire that this Agreement be approved by the United States District Court. Accordingly, the Parties agree to file a Joint Motion for Approval of the Agreement after full execution of this Agreement.

(b)    Court approval and dismissal of this action is a material condition of this Agreement and the Parties' obligations hereunder. Failure of the Court to approve this Agreement and enter the Parties' Stipulation and Order of Dismissal with Prejudice renders this Agreement null and void and no payments shall be made to Plaintiff or Plaintiff's Counsel pursuant to Paragraph 2 of the Agreement. If the Court declines to approve this Agreement, the Parties agree to work in good faith to resolve the identified deficiencies.

DocuSign Envelope ID: EE1D6B7D-1B07-4342-BC20-2FDE56A004AF

11.    **Bona Fide Dispute**. This Agreement is in settlement of disputed claims. The Parties agree that there is a *bona fide* dispute as to whether Plaintiff could prevail on the merits of his FLSA and NYLL claims and that the amount being paid to Plaintiff, as indicated in Paragraph 2, is a fair and reasonable resolution to this *bona fide* dispute.

12.    **Changes to the Agreement**.  No modifications or amendments to, or waiver or termination of, any terms, conditions or provisions of this Agreement may be made or enforced unless in writing and signed by the Parties (or authorized representative of such Party) against whom the enforcement of such modification, amendment, waiver, or termination is sought.

13.    **No Other Complaints or Charges**.    Plaintiff hereby represents that other than the Action, he has no pending actions, administrative charges or complaints, grievances or arbitrations involving any of the released claims against any of the Releasees. Moreover, Plaintiff is currently unaware of any other claims other than those alleged in this Action relating to his employment with the Company.

14.    **Severability**. The Parties agree that in the event any provision(s) of this Agreement is judicially declared to be invalid or unenforceable, only such provision or provisions shall be invalid or unenforceable without invalidating or rendering unenforceable the remaining provisions hereof.

15.    **Governing Law**.  This Agreement, and all of its terms, shall be interpreted, enforced and governed under the laws of the State of New York, without regards to conflict of laws principles.

16.    **Assignment of Claims**.  Plaintiff hereby represents and warrants that he has not hypothecated, assigned, or transferred or purported to assign or transfer to anyone any claim, action or cause of action based upon, arising out of, or connected in any way with any of the matters released herein.

17.    **Voluntary Agreement**.  Plaintiff represents and agrees that:

(a)    He is not suffering from any impairment that would render him incapable of reading, considering and understanding the terms of this Agreement, and is fully able to read, consider and understand the terms of this Agreement, all of which have been explained to him;

(b)    He has signed this Agreement freely and voluntarily and without duress;

(c)    No promise or representation of any kind or character, other than those contained in this Agreement, has been made by any of the Releasees or anyone acting on their behalf to induce Plaintiff to enter into this Agreement;

(d)    He was advised and hereby is advised to consider carefully the terms of this Agreement and consult with legal counsel prior to executing it, and has had a reasonable period of time in which to consider the terms of this Agreement before executing it.

18.    **Waiver**. No provision herein may be waived unless in writing and signed by the Party or Parties whose rights are thereby waived.  Waiver of any one provision, or portion thereof,

6

DocuSign Envelope ID: EE1D6B7D-1B07-4342-BC20-2FDE56A004AF

shall not be deemed a waiver of any other provision herein. The waiver of any breach of any provision of this Agreement by any Party shall not be deemed a waiver of any subsequent or prior breach.

19.    **Fair Meaning**. The language of all parts of this Agreement shall in all cases be construed as a whole according to its fair meaning, and not strictly for or against any of the Parties, regardless of who drafted it.

20.    **Counterparts**. This Agreement may be executed in several counterparts, each of which shall serve as an original as against any Party who signed it and all of which taken together shall constitute one and the same document. A copy, including by facsimile or e-mail, of a Party's signature on this Agreement shall be acceptable in any action against that Party to enforce this Agreement.

21.    **Headings**. The headings in this Agreement are for the convenience of the Parties and are not intended to modify any of the terms of this Agreement.

22.    **Notices**. All notices or communications under this Agreement shall be delivered by hand, registered mail, certified mail (return receipt requested), e-mail, or overnight mail to the address of Defendant's Counsel or Plaintiff's Counsel, respectively, as follows:

Defendant's Counsel:

> Dimitrios Markos, Esq.
> Littler Mendelson, P.C.
> 1085 Raymond Boulevard, 8th Floor
> Newark, NJ 07102
> (973) 848-4764
> DMarkos@littler.com

Plaintiff's Counsel:

> Douglas Lipsky, Esq.
> Lipsky Lowe LLP
> 420 Lexington Avenue, Suite 1830
> New York, NY 10170-1830
> (212) 764-5828
> Doug@LipskyLowe.com

Either Party may give notice of change of address in writing as set forth in this Paragraph. If registered or certified mail is used, actual delivery will be deemed to be the date set forth in the official U.S. Postal Service date stamp on the registered or certified mail receipt.

23.    **Authority to Execute Agreement**. The undersigned individuals hereby warrant and represent that they have the full authority to make the representations and warranties contained in this Agreement, and to execute and perform this Agreement, on behalf of the individuals and entities for which or whom they have signed, and that they are acting within the scope of their authority.

DocuSign Envelope ID: EE1D6B7D-1B07-4342-BC20-2FDE56A004AF

**IN WITNESS WHEREOF**, and intending to be legally bound thereby, the Parties have caused this Agreement to be duly executed on the date below noted.

**UNDERSTOOD AND AGREED:**

**Raul Yunganaula**

By: _____

Dated: 6/29/2022 _____

**D.P. Group General Contractors/Developers Inc.**

By: _____

Name: Michael Pilla _____

Title: Vice President _____

Dated: 6/30/22 _____

8

DocuSign Envelope ID: EE1D6B7D-1B07-4342-BC20-2FDE56A004AF

# EXHIBIT 1

DocuSign Envelope ID: EE1D6B7D-1B07-4342-BC20-2FDE56A004AF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RAUL YUNGANAULA, individually and on behalf
of all other persons similarly situated,

                    Plaintiff,

vs.

D.P. GROUP GENERAL
CONTRACTORS/DEVELOPERS INC. and
BLANCO TRUCKING INC., Jointly and Severally,
                    Defendants.

Case No. 1:21-cv-02015 (CBA) (MMH)

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, and ordered
by the Court, that:

     (a)    The Parties' settlement of claims under the Fair Labor Standards Act is fair and
reasonable in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015);
and

     (b)    Any and all claims and causes of action that were or could have been asserted
herein under the Fair Labor Standards Act and the New York Labor Law are dismissed *with prejudice*
pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and without costs, disbursements or
attorneys' fees to any Party, except as provided for in the Parties' settlement agreement or otherwise
agreed to between the Parties; and

     (c)    The Court shall retain jurisdiction of this matter for the sole purposes of
enforcing the Parties' settlement.

**LIPSKY LOWE LLP**

By: /s/ Milana Dostanitch Esq.,
    Douglas B. Lipsky Esq.,
    Milana Dostanitch Esq.
420 Lexington Avenue, Suite 1830
New York, NY 10170-1830
doug@lipskylowe.com
milana@lipskylowe.com
*Attorneys for Plaintiff*

Dated: _____, 2022

SO ORDERED:

_____

**LITTLER MENDELSON, P.C.**

By: /s/ Dimitrios Markos Esq.,
    Alan I. Model, Esq.
    Dimitrios Markos, Esq.
One Newark Center - 8th Floor
Newark, New Jersey 07102
amodel@littler.com
dmarkos@littler.com
*Attorneys for Defendant D.P Group*

Dated: _____, 2022

# EXHIBIT B



420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Fax: 212.444.1030

www.lipskylowe.com

## CONTINGENCY FEE AGREEMENT

Client Name: _Raul Yunganaula_

Address: _214 gelston ave ,apt C5_

City: _Brooklyn_   State: _New york_   Zip Code: _11209_

Cell Phone Number: _6463997588_

Alternate Phone Number (Work, Home, Family Member): _9083748453_

Email: _yunganaularaul@gmail.com_

Date of Birth: _12/06/1990_

 CLIENT, and the law firm of Lipsky Lowe LLP, 420 Lexington Avenue, Suite 1830, New York, New York 10170, its associates, partners, successor attorneys or law firms and co-counsel (the "Firm"), in consideration of the mutual promises contained herein, for the purposes of providing legal services to the Client, agree as follows.

 1.   **Representation Scope**. Client hereby retains and employs the Firm to represent him/her in the investigation and prosecution by civil action or suit of all claims Client may have against:

_DP GENERAL CONTRACTORS_.

For claims of:

_Wages_

(the "Matter").

Initial Here: 

Client acknowledges that he/she has requested that the Firm commence such civil action in the form of a direct suit to seek redress for his or her damages and injury, and such damage and injury to others similarly situated. The Client likewise understands that the Firm intends to bring this lawsuit as a class and/or collective action to obtain recovery for all other individuals who have claims similar to the Client, and that this lawsuit will therefore not be brought just on the Client's behalf. The Firm will therefore attempt to obtain the largest recovery possible for as many people as possible.

2.      <u>Alternative Fee Plan.</u>  The Firm has offered to represent you on an hourly basis and charge you legal fees, which you would be required to pay on an ongoing monthly basis even if you recovered no money or anything of value: my hourly rate is $400.00 and Chris Lowe's rate is $415; Milana Dostanitch and Sara Isaacon's is $300; and our paralegal's rate is $85.00. These rates change from time-to-time. You have rejected this hourly rate plan and have, instead, agreed to pay the fee and costs arrangement set forth in Paragraph 3 of this Agreement.

3.      <u>Contingency Fee.</u>  The Client is retaining the Firm on a contingency fee basis for the Matter. The Client will <u>not</u> have to pay the attorneys' fees if the Client does not prevail, recover money or settle the case. The Client also has been advised that the Client cannot waive, or in any way default the Firm' claim for attorneys' fees and costs, and that the Client has assigned and transferred to the Firm, the right to recover attorneys' fees and costs that the Client may have. The Contingency Fee shall be the greater of the two: the Firm's attorneys' fees for the Matter; or one-third (33.3%) of the total amount recovered on behalf of the Client.

Initial Here: _____



CONTINGENCY FEE AGREEMENT
Page 3 of 7

4.     <u>Expenses.</u>  Client understands and agrees that the filing of an action or suit on his/her behalf will require the expenditure of funds for litigation expenses and costs, such as filing fees, discovery expenses, witness fees, transcripts and, in the case of Class Certification, notice of such certification to members of the Class. The Firm will advance these costs and expenses on the Client's behalf, and will be reimbursed for them from the proceeds of any settlement or judgment the Firm obtains.

5.     <u>Attorneys' Fees Outside of A Settlement or Judgment.</u>  If the Court awards the Firm attorneys' fees or costs due to discovery or other abuses by the Defendant or Defendant's counsel, the Firm may retain those attorney's fees and/or costs from the defense and they will not be part of this agreement or a set-off from any attorneys' fees ultimately recovered.

6.     <u>The Firm's Right to Withdraw from the Agreement</u>.  Any action or suit contemplated hereunder is subject to investigation by the Firm of the facts of the claim and the applicable law. Upon investigation of the Client's claims, should the Firm wish at any time to withdraw from this Retainer, they shall have the right to do so. The Client further agrees to keep the Firm informed of the Client's whereabouts, and to continually inform the Firm of a current mailing address, telephone number(s) and email address(es). The Client understands that if the Client becomes unavailable, and the Firm cannot locate the Client for a period of thirty (30) days, this will mean that the Client is no longer interested in pursuing the claims, and the Firm may withdraw from representation.  The Firm may also withdraw from representation if they have an irreconcilable conflict with the Client, which includes, but is not limited to, the Firm and Client cannot agree on the proper course

Initial Here: 



of action for the lawsuit and if the attorney-client relationship has become strained. The Firm' withdrawal might require Court approval.

7.     <u>Client's Right to Withdraw from the Agreement.</u>  If the Client decides to terminate this agreement, discharge the Firm and/or choose to no longer pursue the claim, the Client shall be responsible to the Firm for the reasonable value of services performed to date, or the appropriate percentage of the last settlement offer, whichever is greater, plus those costs incurred by the Firm. Such payment must be made within thirty (30) days of the Client deciding to terminate this Agreement, discharge the Firm or choosing to no longer pursue the claim. Client understands that the Firm may put a lien on the Matter under these circumstances.

8.     <u>Limitations of Matter</u>. The Firm's representation of the Client in this Matter does not bind the Firm to representing the Client in any appeal or other similar or related proceedings. The Firm retains sole discretion, subject to applicable rules of professional conduct, in deciding whether to represent the Client in that instance; if the Client wishes to pursue an appeal and/or an appeal is made by defendant(s), and the Firm agrees to represent the Client in such appeal, the terms of this Agreement shall continue to be binding.

9.     <u>Duties of Representing the Class and Collective Action Members</u>.  The Client acknowledges that he/she will represent the Class/Collective Members fairly and adequately to protect the interests of the Class/Collective Members and agrees to supply the Firm with any and all documents and to attend any meetings and/or hearings which are requested by the Firm.  The Client represents that it has a direct interest in the outcome of the controversy

Initial Here 

DocuSign Envelope ID: 15182595-6C52-4F21-92EB-0A6QBCF2409F



10.   <u>No Guarantee of Outcome</u>. Any opinions or beliefs the Firm has expressed or will express about the Matter are just that: an opinion. We cannot guarantee any outcome in the Matter or when the Matter will be resolved.

11.   <u>Length of Case</u>.  The Client understands that cases, similar to the Matter, often taken between six months and two years to be resolved, and that the Firm cannot guarantee when this case will be resolved, but that the Firm will work to resolve this case as quickly as possible.

12.   <u>Statement of Client's Rights and Responsibilities</u>. The Client acknowledges receipt of the Statement of Client's Rights and understands the rights set forth therein.

13.   <u>Settlement Discussions without the Firm</u>.  The Client agrees not to discuss and/or negotiate any settlement and/or accept any settlement with the employer that is the subject matter hereunder or with their agents, representatives and/or Firm without consulting the Firm.  The Client further agrees to immediately report to the Firm if and when their current or former employer approaches them directly or through a third-party in an attempt to negotiate a settlement.

Initial Here:

DocuSign Envelope ID: 15182595-6C52-4E21-98EB-0A6QBCF2409F



CONTINGENCY FEE AGREEMENT
Page 6 of 7

BY SIGNING BELOW AND INITIALING EACH PAGE THE CLIENT ACKNOWLEDGES UNDERSTANDING THE TERMS OF THIS AGREEMENT AND HAVING HAD A FULL OPPORTUNITY TO REVIEW IT AND ASK QUESTIONS ABOUT IT.

ACCEPTED and AGREED:

CLIENT _____

Dated: 1/15/2020


LIPSKY LOWE LLP

By:_____

Dated:_____

Initial Here: 



## LIEN FOR ATTORNEYS' FEES AND COSTS AND LIMITATION OF CLIENT'S RIGHTS TO SETTLE

I, __Raul Yunganaula_____, have assigned to Lipsky Lowe LLP, its associates, partners, successor attorneys or law firm and co-counsel (the "Firm"), all right, title, and interest to recover attorneys' fees and costs in the action that the Attorneys commenced on my behalf. Any attempt by me to settle, resolve, or waive the Attorneys' right to attorneys' fees and costs is ineffective and unenforceable.

1/15/2020
_____
DATE

DocuSigned by:

R Y
_____
CLIENT SIGNATURE

Initial Here: R Y

# EXHIBIT C

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 12/03/2020 | ⏱ | Correspondence with client about scheduling time to verify his complaint.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 12/04/2020 | ⏱ | Scheduled a call to go over complaint; teleconference to reschedule call to another day.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 12/07/2020 | ⏱ | Teleconference with Plaintiff to go over complaint and get more information on Public Projects<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 1.10h | 300.00 | - | 330.00 |
| 12/07/2020 | ⏱ | Drafted complaint; conducted research on the addresses of the projects Plaintiff worked<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.70h | 300.00 | - | 210.00 |
| 12/15/2020 | ⏱ | Teleconference with Plaintiff about complaint.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 01/10/2021 | ⏱ | Drafted complaint; researched mason tender duties. | 01244-Yunganaula YUNGANAULA v. D.P. | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| | | | | | 125.79h | | $0.00<br>0.0h | $36,196.65<br>125.79h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | | | | | |
| 01/11/2021 | 🕐 | Correspondence with Plaintiff about Complaint.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 01/19/2021 | 🕐 | Drafted complaint; researched projects, reviewed notes.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 3.70h | 300.00 | - | 1,110.00 |
| 01/20/2021 | 🕐 | Drafted complaint; researched and conducted legal research prevailing wages and mason tender, helper and laborer duties and prevailing wages claims.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 5.60h | 300.00 | - | 1,680.00 |
| 01/21/2021 | 🕐 | Drafted complaint; correspondence with Douglas Lipsky.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 1.50h | 300.00 | - | 450.00 |
| 01/22/2021 | 🕐 | Correspondence with Douglas Lipsky about complaint; correspondence with Plaintiff about complaint and strength of the case; | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / | Milana Dostanitch | 0.30h | 300.00 | - | 90.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | reviewed complaint.<br>● Unbilled | DEVELOPERS INC and ABC CORPORATION | | | | | |
| 01/25/2021 | ⏱ | Drafted complaint; emailed Plaintiff with the draft complaint; updated evernote.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.40h | 300.00 | - | 120.00 |
| 01/25/2021 | ⏱ | Teleconference with Plaintiff about filing complaint, reviewing it, and steps going forward.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 01/27/2021 | ⏱ | Emailed plaintiff to follow up with review of complaint.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 02/08/2021 | ⏱ | Correspondence with Plaintiff about scheduling a call to go over the complaint.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 02/08/2021 | ⏱ | Teleconference with Plaintiff to verify complaint.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.50h | 300.00 | - | 150.00 |
| | | | | | 125.79h | | $0.00<br>0.0h | $36,196.65<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 02/09/2021 | 🕐 | Drafted complaint; correspondence with client about facts of complaint; correspondence with D. Lipsky about complaint. ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 1.30h | 300.00 | - | 390.00 |
| 02/10/2021 | 🕐 | Correspondence with D. Lipsky about the complaint and FLSA claims. ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 02/16/2021 | 🕐 | Correspondence with D. Lipsky about complaint. ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 02/21/2021 | 🕐 | Correspondence with D. Lipsky about status of complaint. ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 03/04/2021 | 🕐 | Conducted legal research suing fictitious/unnamed defendants in federal court; reviewed complaint and allegations in the case; researched whether it is possible to bring FLSA claims for subcontractor's violations against general contractor in federal court; research overtime violations in | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 2.70h | 300.00 | - | 810.00 |
| | | | | | **125.79h** | | **$0.00** 0.0h | **$36,196.65** 125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | prevailing wages as FLSA violations for federal court; drafted a memo email to D. Lipsky.<br>🔵 Unbilled | | | | | | |
| 03/08/2021 | 🕐 | Teleconference about status of the case with client, explained issues with state vs federal filing.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 03/29/2021 | 🕐 | Drafted complaint.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.30h | 300.00 | - | 90.00 |
| 03/30/2021 | 🕐 | Drafted complaint; correspondence with D.Lipsky about the complaint.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 1.60h | 300.00 | - | 480.00 |
| 04/06/2021 | 🕐 | Correspondence with D.Lipsky about the complaint.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 04/12/2021 | 🕐 | Review and revise complaint.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / | Douglas Lipsky | 1.80h | 400.00 | - | 720.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | | DEVELOPERS INC and ABC CORPORATION | | | | | |
| 04/13/2021 | 🕐 | Attention to correspondence from client; correspondence with D.Lipsky and C.Espinal about filing the complaint; drafted the complaint; correspondence with C. Espinal and D.Lipsky about summons and address for ABC Corp. <br> 🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.30h | 300.00 | - | 90.00 |
| 04/14/2021 | 🕐 | Correspondence with C.Espinal about filing of the complaint. <br> 🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.00h | 300.00 | - | 0.00 |
| 04/14/2021 | 🕐 | Correspondence with D.Lipsky and C.Espinal about filing the complaint. <br> 🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 04/27/2021 | 🕐 | Correspondence with client about status of complaint; correspondence with C.Espinal about service of the complaint. <br> 🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 06/02/2021 | 🕐 | Teleconference with client about status of the case; correspondence with C.Espinal about status of | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL | Milana Dostanitch | 0.30h | 300.00 | - | 90.00 |
| | | | | | **125.79h** | | **$0.00** <br> 0.0h | **$36,196.65** <br> 125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | service on DP Group and affidavit of service; correspondence with client and C.Espinal about deadline for DP Group to answer the complaint.<br>🔵 Unbilled | CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | | | | | |
| 06/15/2021 | 🕐 | Teleconference with client; analyze docket and Defendants' time to answer; correspondence with D.Lipsky and C.Espinal about default letter.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 06/17/2021 | 🕐 | Drafted correspondence to C.Espinal and D.Lipsky about default letter.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 06/23/2021 | 🕐 | Correspondence with client about court's order; correspondence with D.Lipsky about contacting Defendants.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 06/23/2021 | 🕐 | Correspondence with client about contact information for Defendants; researched alternative contact information for Defendants.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 06/28/2021 | 🕐 | Drafted email to Defendants; | 01244-Yunganaula | Milana | 0.20h | 300.00 | - | 60.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | correspondence with D.Lipsky about email to Defendants about court order and default judgement.<br>🔵 Unbilled | YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Dostanitch | | | | |
| 07/02/2021 | 🕐 | Teleconference with opposing counsel about being retained and seeking extension; teleconference with client to update him on status of the case; correspondence with D.Lipsky about status of the case.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 07/06/2021 | 🕐 | Correspondence with opposing counsel about stipulation of time to answer.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 07/07/2021 | 🕐 | Teleconference with client about status of his case, explained possible case strategy and Defendants' request for an extension of time to answer.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.30h | 300.00 | - | 90.00 |
| 07/13/2021 | 🕐 | Analyze Defendants' proposed stipulation; correspondence with D.Lipsky; correspondence with opposing counsel about stipulation.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 07/16/2021 | 🕐 | Correspondence with client about | 01244-Yunganaula | Milana | 0.20h | 300.00 | - | 60.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|--------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | status of the case; correspondence with D.Lipsky about serving discovery; Correspondence with C. Espinal about preparing discovery requests.<br>● Unbilled | YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Dostanitch | | | | |
| 08/20/2021 | 🕐 | Teleconference with client about status of the case.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 08/23/2021 | 🕐 | Review and analyze Answer.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Douglas Lipsky | 0.30h | 400.00 | - | 120.00 |
| 08/24/2021 | 🕐 | Correspondence with client about status of the case.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 08/25/2021 | 🕐 | Correspondence with client about Defendants filing an Answer and status of the case.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 08/25/2021 | 🕐 | Correspondence with client about the status of his case. | 01244-Yunganaula YUNGANAULA v. D.P. | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | | | | | |
| 10/04/2021 | 🕐 | Correspondence with opposing counsel about Rule 26(f) conference.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 10/04/2021 | 🕐 | Correspondence with B. Tapia about discovery requests.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 10/05/2021 | 🕐 | Teleconference with B.Tapia about preparing discovery requests and interrogatories; Draft correspondence to B.Tapia with assignment for discovery requests and interrogatories.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.40h | 300.00 | - | 120.00 |
| 10/12/2021 | 🕐 | Correspondence with opposing counsel to schedule a rule 26(f) conference.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 10/13/2021 | 🕐 | Correspondence with B. Tapia about status of discovery requests. | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | | | | | |
| 10/15/2021 | 🕐 | Correspondence with C.Espinal about upcoming deadlines and judge's rules (0.1); Analyze docket and prepare proposed Case Management Plan (0.1).<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 10/15/2021 | 🕐 | Office conference with D.Lipsky about proposed scheduling order<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.50h | 300.00 | - | 150.00 |
| 10/15/2021 | 🕐 | Rule 26(f) conference with opposing counsel<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.70h | 300.00 | - | 210.00 |
| 10/15/2021 | 🕐 | Draft proposed discovery plan (0.2); correpondence with C.Espinal about proposed discovery plan (0.1).<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.30h | 300.00 | - | 90.00 |
| 10/15/2021 | 🕐 | Correspondence with C.Espinal and D.Lipsky about proposed scheduling order.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | | ABC CORPORATION | | | | | |
| 10/15/2021 | 🕐 | Correspondence with client about status of the case. ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 10/18/2021 | 🕐 | Correspondence with opposing counsel about scheduling order. ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 10/19/2021 | 🕐 | Draft Plaintiff's initial interrogatories and document requests upon ABC Corp and D.P. Group, and Plaintiff's 30(b)(6) notices (4.8); Reviewed complaint (.4) ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Bayron Flores Tapia | 5.20h | 225.00 | - | 1,170.00 |
| 10/20/2021 | 🕐 | Correspondence with C.Espinal about case management plan. ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 10/21/2021 | 🕐 | Teleconference with plaintiff about status of his case, bankruptcy and identity of the ABC supervisor. ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.40h | 300.00 | - | 120.00 |
| | | | | | **125.79h** | | **$0.00** 0.0h | **$36,196.65** 125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 10/21/2021 | ⏱ | Correspondence with D.Lipsky about bankruptcy and ABC Corp's identity.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 11/02/2021 | ⏱ | Correspondence with opposing counsel about ABC Corp.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 11/03/2021 | ⏱ | Correspondence with D.Lipsky about initial conference.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 11/04/2021 | ⏱ | Drafted damage calculations (2.3); correspondence with D.Lipsky about damages (0.2); Teleconfenrece with client about his lost wages (0.2).<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 2.70h | 300.00 | - | 810.00 |
| 11/05/2021 | ⏱ | Draft initial disclosures (1.5); correspondence with D.Lipsky about initial disclosures (0.1); Correspondence with C.Espinal (0.1) about document production (0.1); teleconference with client about initial disclosures (0.2).<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 2.00h | 300.00 | - | 600.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/05/2021 | 🕐 | Draft initial disclosures (0.1); Correspondence with opposing counsel about intial disclosures and document production (0.1).<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 11/05/2021 | 🕐 | Correspondence with D.Lipsky about damage calculations and settlement demand.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 11/05/2021 | 🕐 | Teleconference with client about settlement demant (0.2); draft email to opposing counsel about settlement demand (0.2).<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.40h | 300.00 | - | 120.00 |
| 11/05/2021 | 🕐 | Correspondence with D.Lipsky and opposing counsel about settleemnt demand.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 11/12/2021 | 🕐 | Correspondence with D.Lipsky about status of the settlement demand.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 11/16/2021 | 🕐 | Correspondence with D.Lipsky about status of the newly identified | 01244-Yunganaula YUNGANAULA v. D.P. | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | entity.<br>● Unbilled | GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | | | | | |
| 12/01/2021 | 🕐 | Analyze court scheduling and mediation order (0.2); Correspondence with D.Lipsky about status of the case and case strategy (0.2); analyze correspondence with opposing counsel (0.1); review Defendants' initial disclosures (0.1).<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.60h | 300.00 | - | 180.00 |
| 12/01/2021 | 🕐 | Correspondence with D.Lipsky about status of the case and case strategy (0.1); Correspondence with A.Auria about mediators for wage an hour cases (0.1); Correspondence with opposing counsel about the discovery deadlines and selevtion of the mediator (0.4).<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.60h | 300.00 | - | 180.00 |
| 12/02/2021 | 🕐 | Analyze court docket and schedulign order (0.1); correspondence with opposing counsel about settlement offer, discovery deadlines and mediation selection (0.2); correspondence with mediator about his availability (0.1).<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.40h | 300.00 | - | 120.00 |
| | | | | | 125.79h | | $0.00<br>0.0h | $36,196.65<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 12/02/2021 | 🕐 | Teleconference to mediator about mediation date. 🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 12/03/2021 | 🕐 | Correspondence with mediator about mediation scheduling. 🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 12/03/2021 | 🕐 | Correspondence with opposing counsel about mediator selection. 🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 12/03/2021 | 🕐 | Correspondence with client about status of the case and Blanco Trucking. 🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 12/06/2021 | 🕐 | Correspondence with opposing counsel about mediator selection. 🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 12/06/2021 | 🕐 | Correpondence with opposing counsel about mediation selection. | 01244-Yunganaula YUNGANAULA v. D.P. | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| | | | | | **125.79h** | | **$0.00** 0.0h | **$36,196.65** 125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|--------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | ● Unbilled | GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | | | | | |
| 12/07/2021 | 🕐 | Correspondence with client about mediation dates. ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 12/07/2021 | 🕐 | Teleconference with client about status of the case, mediation procedure and confirming mediation dates. ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.30h | 300.00 | - | 90.00 |
| 12/07/2021 | 🕐 | Drafted joint status report (0.2); analyze court order (0.1). ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.30h | 300.00 | - | 90.00 |
| 12/07/2021 | 🕐 | Draft joint letter to Court. ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.50h | 300.00 | - | 150.00 |
| 12/08/2021 | 🕐 | Drafted joint letter. ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| | | | | | **125.79h** | | **$0.00** 0.0h | **$36,196.65** 125.79h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | | DEVELOPERS INC and ABC CORPORATION | | | | | |
| 12/09/2021 | 🕐 | Correspondence with D.Lipsky about joint letter.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 12/09/2021 | 🕐 | Correspondence with opposing counsel about the corproate entity of ABC Corp and joint letter to Court.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.30h | 300.00 | - | 90.00 |
| 12/09/2021 | 🕐 | Correspondence with C.Espinal about filing the joint letter to court (0.1); attenetion to docket about joint letter filing (0.1).<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 12/13/2021 | 🕐 | Draft letter to court reminding Judge Komittee about Magistrate Judge Bulsara's Report and Recommendations.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Bayron Flores Tapia | 0.50h | 225.00 | - | 112.50 |
| 12/13/2021 | 🕐 | Email correspondence with D. Lipsky regarding filing letter to court via ECF.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Bayron Flores Tapia | 0.10h | 225.00 | - | 22.50 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 12/16/2021 | 🕐 | Correspondence with mediator and client about mediation date.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 12/16/2021 | 🕐 | Draft initial discovery responses (1.9); conduct damage claculations (0.9); correspondence with plaintiff about facts of his work (0.2); correspondence with D.Lipsky about initial discovery responses (0.1)<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 3.10h | 300.00 | - | 930.00 |
| 12/16/2021 | 🕐 | Correspondence with opposing counsel about settlement demand and limited discovery responses.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 12/17/2021 | 🕐 | Correspondence with co-counsel about document requests (0.1); Correspondence with D.Lipsky about discovery responses (0.1); researched amendments to the CPLR regarding discovery (0.2).<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.40h | 300.00 | - | 120.00 |
| 12/17/2021 | 🕐 | Correspondence with client to verify limited discovery responses (0.1); teleconference with client to verify limited discovery responses (0.1). | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| | | | | | **125.79h**<br>0.0h | | **$0.00** | **$36,196.65**<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | ABC CORPORATION | | | | | |
| 12/17/2021 | 🕐 | Draft discovery responses (0.1); correspondence with opposing counsel (0.1).<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 12/20/2021 | 🕐 | Review and edit judgment abstract to reflect the Court's Order adopting the Reports and Recommendations.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Bayron Flores Tapia | 0.20h | 225.00 | - | 45.00 |
| 12/21/2021 | 🕐 | Correspondence with opposing counsel about status of discovery.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 12/22/2021 | 🕐 | Access and review document production (0.4); correspondence with opposing counsel (0.1).<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.50h | 300.00 | - | 150.00 |
| 12/22/2021 | 🕐 | Correspondence with D.Lipsky about case strategy and amending the complaint.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 12/27/2021 | 🕐 | Correspondence with D.Lipsky about amending the complaint.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 12/27/2021 | 🕐 | Analyze Court docket and deadlines for discovery and mediation (0.3); Review document production (0.6).<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.90h | 300.00 | - | 270.00 |
| 12/27/2021 | 🕐 | Correspondence with D.Lipsky about discovery and case strategy.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 01/03/2022 | 🕐 | Correspondence with opposing counsel about settlement offer and discovery.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 01/03/2022 | 🕐 | Correspondence with client about scheduling a call to discuss status of the case.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 01/03/2022 | 🕐 | Teleconference with D.Lipsky about amending the complaint and | 01244-Yunganaula YUNGANAULA v. D.P. | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | identifying the correct corporate entity for ABC Corp.<br>🔵 Unbilled | GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | | | | | |
| 01/03/2022 | 🕐 | Correspondence with opposing counsel about Blanco Trucking as the correct legal entity for ABC Corp.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 01/03/2022 | 🕐 | Correspondence with C.Espinal about doing a lawsyit search for Blanco Trucking.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 01/05/2022 | 🕐 | Correspondence with D.Lipsky and client about ABC Corp.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 01/06/2022 | 🕐 | Correspondence with D.Lipsky about Blanco Trucking and amending the complaint.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 01/06/2022 | 🕐 | Draft First Amended Complaint (0.5); correspondence with client and D.Lipsky about First Amended Complaint (0.6). | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / | Milana Dostanitch | 0.60h | 300.00 | - | 180.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | DEVELOPERS INC and ABC CORPORATION | | | | | |
| 01/06/2022 | 🕐 | Correspondence with D.Lispky and C.Espinal about the amended complaint. <br> 🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 01/06/2022 | 🕐 | Review and revise First Amended Complaint. <br> 🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Douglas Lipsky | 0.60h | 400.00 | - | 240.00 |
| 01/07/2022 | 🕐 | Correspondence with D.Lipsky about mediation statement. <br> 🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 01/07/2022 | 🕐 | Correspondence with D.Lipsky about amending the complaint. <br> 🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 01/10/2022 | 🕐 | Correspondence with opposing counsel on about settlement offers. <br> 🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| | | | | | **125.79h** | | **$0.00** <br> 0.0h | **$36,196.65** <br> 125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|--------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 01/10/2022 | 🕐 | Teleconference with opposing counsel about settlement offer, exhcnage of information for mediation and Blanco Trucking. ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.30h | 300.00 | - | 90.00 |
| 01/10/2022 | 🕐 | Correspondence with D.Lipsky about teleconference with opposing counsel. ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 01/12/2022 | 🕐 | Correspondence with J.Barton about judgment collection. ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 01/14/2022 | 🕐 | Teleconference with opposing counsel about adjouring mediation to allow for time to bring in Blanco Trucking (0.1); correspondence with D.Lipsky about adjourning mediation and Blanco Trucking (0.1). ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 01/19/2022 | 🕐 | Review and analyze contracts for the three projects (0.4); legal research on when the new general contractor law goes into effect (0.1); correspondence with D Lipsky about considering to postpone mediation (0.1); | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.60h | 300.00 | - | 180.00 |
| | | | | | 125.79h | | $0.00 | $36,196.65 |
| | | | | | | | 0.0h | 125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Unbilled | | | | | | |
| 01/19/2022 | 🕐 | Correspondence with D.Lipsky about adjourning mediation.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 01/19/2022 | 🕐 | Teleconference with client about adjourning the mediation and reasons for adjournment.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.30h | 300.00 | - | 90.00 |
| 01/19/2022 | 🕐 | Correspondence with opposing counsel about adjourning of the mediation.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 02/03/2022 | 🕐 | Teleconference with client about status of the case.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 02/03/2022 | 🕐 | Correspondence with opposing counsel about settlement offer.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 02/07/2022 | 🕐 | Updated client about status of his case.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 02/08/2022 | 🕐 | Review Defendants contract on Parkside and BK project<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 1.00h | 300.00 | - | 300.00 |
| 02/22/2022 | 🕐 | Correspodence with D.Lipsky about Blanco Trucking default in filing an answer.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 02/22/2022 | 🕐 | Review status of case and upcoming deadlines.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 02/25/2022 | 🕐 | Review Answer to FAC.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Douglas Lipsky | 0.30h | 400.00 | - | 120.00 |
| 02/28/2022 | 🕐 | teleconference with M. Dostanitch to discuss revising discovery | 01244-Yunganaula YUNGANAULA v. D.P. | Bayron Flores | 0.50h | 225.00 | - | 112.50 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | demands and conducting review of contracts entered by Defendants.<br>● Unbilled | GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Tapia | | | | |
| 03/04/2022 | ⏱ | Review contracts from D.P. Group (3.2); Draft email correspondence to M. Dostanitch and D. Lipsky summarizing contracts review (.3).<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Bayron Flores Tapia | 3.50h | 225.00 | - | 787.50 |
| 03/07/2022 | ⏱ | Revise discovery requests.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Bayron Flores Tapia | 2.40h | 225.00 | - | 540.00 |
| 03/08/2022 | ⏱ | Correspondence with D.Lipsky about mediation dates.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 03/08/2022 | ⏱ | Review and analyze contracts for the three construction projects (0.9); draft email to D.Lipsky and B.Tapia about findings (0.5).<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 1.40h | 300.00 | - | 420.00 |
| 03/08/2022 | ⏱ | Correspondence with mediator for mediation dates.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|--------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | | DEVELOPERS INC and ABC CORPORATION | | | | | |
| 03/08/2022 | 🕐 | Teleconference with client about status of the case.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 03/10/2022 | 🕐 | Analyze docket and Blanco's failure to appear (0.1); Correspondence with B.Tapia about seeking certificate of default (0.1)<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 03/11/2022 | 🕐 | Draft necessary documents for certificate of default for Blanco Trucking Inc.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Bayron Flores Tapia | 0.50h | 225.00 | - | 112.50 |
| 03/15/2022 | 🕐 | Review and draft request for certificate of default; correspondence with D.Lipsky and C.Espinal about the certificate of default.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 03/15/2022 | 🕐 | Correspondence with opposing counsel about mediation dates.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| | | | | | **125.79h**<br>0.0h | | **$0.00** | **$36,196.65**<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | | ABC CORPORATION | | | | | |
| 03/16/2022 | 🕐 | Correspondence with opposing counsel about the contracts.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.30h | 300.00 | - | 90.00 |
| 03/16/2022 | 🕐 | Correspondence with B.Tapia about the contracts and research project.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.30h | 300.00 | - | 90.00 |
| 03/16/2022 | 🕐 | Reviewing of Court's Order and Corresponde with Attorneys on that Order<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Carmenliggia Espinal | 0.14h | 85.00 | - | 11.90 |
| 03/17/2022 | 🕐 | Teleconference with client about mediation.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 03/17/2022 | 🕐 | Reviewing of Court Order and Communicating with Attorneys re Order<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Carmenliggia Espinal | 0.14h | 85.00 | - | 11.90 |
| | | | | | **125.79h**<br>0.0h | | **$0.00** | **$36,196.65**<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 03/17/2022 | 🕐 | Correspondence with D.Lipsky about application of prevailing wages to client's work.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 03/23/2022 | 🕐 | Teleconference with client about settlement offer and counteroffer and case strategy.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.40h | 300.00 | - | 120.00 |
| 03/23/2022 | 🕐 | Correspondence with D.Lipsky about case strategy.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 03/23/2022 | 🕐 | Review and draft Juan Arce affidavit.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.30h | 300.00 | - | 90.00 |
| 03/23/2022 | 🕐 | Teleconference with J. Barton about judgment collectionn; Teleconferences with client about declaration of Juan Arce, settlement demands, case strategy; correspondence and teleconference with D.Lipsky about settlement strategy; teleconference and correspondence with opposing | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 1.60h | 300.00 | - | 480.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | counsel.<br>● Unbilled | | | | | | |
| 04/25/2022 | ⏱ | Reviewing of Court's Order and Communicating with Attorneys.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Carmenliggia Espinal | 0.13h | 85.00 | - | 11.05 |
| 04/27/2022 | ⏱ | Correspondence with opposing counsel about exchanging discovery prior to mediation.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 04/29/2022 | ⏱ | Correspondence with opposing counsel about phone call<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 04/29/2022 | ⏱ | Teleconference with opposing counsel about discovery and mediation<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.70h | 300.00 | - | 210.00 |
| 04/29/2022 | ⏱ | Review Defendants document production (161 pages)<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.70h | 300.00 | - | 210.00 |
| | | | | | 125.79h | | $0.00<br>0.0h | $36,196.65<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 04/29/2022 | 🕐 | Correspondence and Teleconference with client to review Defendanst payroll register records and sign in sheets<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.30h | 300.00 | - | 90.00 |
| 04/29/2022 | 🕐 | Review Defendants' contracts on several projects (0.2); correspondence with B.Tapia about legal research (0.1)<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.30h | 300.00 | - | 90.00 |
| 04/29/2022 | 🕐 | Correspondence with opposing counsel<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 04/29/2022 | 🕐 | Review contracts to determine if it incorporates Labor Law 220 language (.4); re-review the Solouk case (.3).<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Bayron Flores Tapia | 0.70h | 225.00 | - | 157.50 |
| 05/02/2022 | 🕐 | Correspondence with D.Lipsky about contract projects and prevailing wages.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.30h | 300.00 | - | 90.00 |
| 05/02/2022 | 🕐 | Correspondence with opposing counsel about the medical | 01244-Yunganaula YUNGANAULA v. D.P. | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | documents.<br>🔵 Unbilled | GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | | | | | |
| 05/03/2022 | 🕐 | Correspondence with D.Lipsky about prevailing wages and the mediation statement<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 05/06/2022 | 🕐 | Teleconference with D.Lipsky about status of the case<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.40h | 300.00 | - | 120.00 |
| 05/06/2022 | 🕐 | Correspondence with opposing counsel about outstanding document production.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 05/06/2022 | 🕐 | Correspondence with client about getting statements in support of mediation<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 05/06/2022 | 🕐 | Correspondence with mediator about due date of mediation statement (0.1); review of construction contracts (0.1) | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Unbilled | DEVELOPERS INC and ABC CORPORATION | | | | | |
| 05/06/2022 | 🕐 | Correspondence with opposing counsel on the project contracts being incomplete.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 05/09/2022 | 🕐 | Correspondence with client about coworker statements in anticipation of mediation<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 05/10/2022 | 🕐 | Teleconference with client and coworker (Claudio) for a declaration in support of mediation statement<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 1.00h | 300.00 | - | 300.00 |
| 05/10/2022 | 🕐 | Teleconference with client and coworker (Robert) for witness statement for mediation<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.50h | 300.00 | - | 150.00 |
| 05/10/2022 | 🕐 | Draft Claudio Mayancela decalaration (0.7); teleconference with D.Lipsky about declaration of Claudio Mayancela and case strategy (0.2)<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.90h | 300.00 | - | 270.00 |
| | | | | | **125.79h**<br>0.0h | | **$0.00** | **$36,196.65**<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/10/2022 | 🕐 | Draft Claudio Mayancela declaration<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.50h | 300.00 | - | 150.00 |
| 05/10/2022 | 🕐 | Updating of Discovery re Translation of Document<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Carmenliggia Espinal | 1.28h | 85.00 | - | 108.80 |
| 05/10/2022 | 🕐 | Draft Robert Zhagui declaration; correspondence with D.Lipsky about Rober Zhagui declaration.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.50h | 300.00 | - | 150.00 |
| 05/10/2022 | 🕐 | Correspondence with client about declaration of Mayancela.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 05/10/2022 | 🕐 | Correspondence with C.Espinal about documents client forwarded for mediation statement; correspondence with client about declarations.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 05/11/2022 | 🕐 | Teleconference with client about the facts for declaration (0.1); draft | 01244-Yunganaula YUNGANAULA v. D.P. | Milana Dostanitch | 0.50h | 300.00 | - | 150.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Robert's declaration (0.4).<br>● Unbilled | GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | | | | | |
| 05/11/2022 | 🕐 | Updating of Discovery re Translation of Document<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Carmenliggia Espinal | 0.28h | 85.00 | - | 23.80 |
| 05/11/2022 | 🕐 | Correspondence with opposing counsel about production of documents<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 05/11/2022 | 🕐 | Correspondence with opposing counsel on document production; correspondence with client regarding mitigation evidence.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 05/11/2022 | 🕐 | Updating of Discovery re Defendant<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Carmenliggia Espinal | 0.22h | 85.00 | - | 18.70 |
| 05/11/2022 | 🕐 | Teleconference and correspondence with client about mitigation of damages.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| | | | | | **125.79h**<br>0.0h | | **$0.00** | **$36,196.65**<br>125.79h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | | DEVELOPERS INC and ABC CORPORATION | | | | | |
| 05/11/2022 | 🕐 | Analyse payroll records and time sheets (3.3); draft damage calculations (1.3); Teleconference with client about damage mitigation (0.9); correspondence with D.Lipsky about mediation strategy and statement (0.1)  🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 5.60h | 300.00 | - | 1,680.00 |
| 05/12/2022 | 🕐 | Researching as to Defendant re Default in judgment  🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Carmenliggia Espinal | 0.52h | 85.00 | - | 44.20 |
| 05/12/2022 | 🕐 | Teleconferences with client about unpaid hours, discrimination and facts for mediation statement (1.1); draft and revise damages (1.5); draft mediation statement (5.3)  🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 6.90h | 300.00 | - | 2,070.00 |
| 05/12/2022 | 🕐 | Updating of Discovery re Organizing of Defendant's Production  🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Carmenliggia Espinal | 0.39h | 85.00 | - | 33.15 |
| 05/12/2022 | 🕐 | Draft mediation statement; draft damages; teleconference with client and witnesse Robert Zhagui; | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL | Milana Dostanitch | 4.40h | 300.00 | - | 1,320.00 |
| | | | | | **125.79h**  0.0h | | **$0.00** | **$36,196.65**  125.79h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | correspondence with D.Lipsky about the medition; correspondence with opposing counsel about the document production before mediation.  ● Unbilled | CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | | | | | |
| 05/13/2022 | 🕐 | Updating of Discovery re Robert's Declaration  ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Carmenliggia Espinal | 0.15h | 85.00 | - | 12.75 |
| 05/13/2022 | 🕐 | Updating of Discovery re Production to Defendants  ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Carmenliggia Espinal | 0.95h | 85.00 | - | 80.75 |
| 05/13/2022 | 🕐 | Review and revise mediation statement and damage calculations.  ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Douglas Lipsky | 2.40h | 400.00 | - | 960.00 |
| 05/16/2022 | 🕐 | Teleconference with client about mediation  ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 05/16/2022 | 🕐 | Received documents from opposing counsel | 01244-Yunganaula YUNGANAULA v. D.P. | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| | | | | | **125.79h** | | **$0.00** 0.0h | **$36,196.65** 125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|--------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | ● Unbilled | GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | | | | | |
| 05/16/2022 | 🕐 | Teleconference with D.Lipsky for mediation preparation<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.40h | 300.00 | - | 120.00 |
| 05/16/2022 | 🕐 | Draft damages for opposing counsel<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.30h | 300.00 | - | 90.00 |
| 05/16/2022 | 🕐 | Mediation preparation via Zoom with client<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 1.60h | 300.00 | - | 480.00 |
| 05/17/2022 | 🕐 | Drafting of Mediation Document<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Carmenliggia Espinal | 0.26h | 85.00 | - | 22.10 |
| 05/17/2022 | 🕐 | Sending of Mediation Document to Client<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / | Carmenliggia Espinal | 0.15h | 85.00 | - | 12.75 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | | DEVELOPERS INC and ABC CORPORATION | | | | | |
| 05/17/2022 | 🕐 | Teleconference with client about mediation; attended and conducted mediation.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 7.80h | 300.00 | - | 2,340.00 |
| 05/18/2022 | 🕐 | Reviewing of Court's Order and Communicating w/ Attorneys<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Carmenliggia Espinal | 0.12h | 85.00 | - | 10.20 |
| 05/20/2022 | 🕐 | Reviewing of Court's Order and Communicating w/ Attorneys<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Carmenliggia Espinal | 0.17h | 85.00 | - | 14.45 |
| 06/02/2022 | 🕐 | Review of docket and deadlines; correspondence with D.Lipsky about cheeks' motion.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 06/02/2022 | 🕐 | Correspondence with D.Lipsky about settlement agreements and case strategy.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

06/30/2022
4:38 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|--------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 06/02/2022 | 🕐 | Correspondence with opposing counsel about settlement agreement.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 06/08/2022 | 🕐 | Reviewing of Court's Order and Communicating w/ Attorneys<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Carmenliggia Espinal | 0.16h | 85.00 | - | 13.60 |
| 06/16/2022 | 🕐 | Correspondence with D.Lipsky about settlement agreements.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 06/16/2022 | 🕐 | Review deadlines; correspondence with D.Lipsky about settlement agreements.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| 06/24/2022 | 🕐 | Teleconference with client about settlement agreement<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.30h | 300.00 | - | 90.00 |
| 06/24/2022 | 🕐 | Teleconference with client about settlement agreement | 01244-Yunganaula YUNGANAULA v. D.P. | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Unbilled | GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | | | | | |
| 06/24/2022 | 🕐 | Correspondence with D.Lipsky about settlement agreement and motion for settlement approval ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.30h | 300.00 | - | 90.00 |
| 06/24/2022 | 🕐 | Draft settlement agreement ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.50h | 300.00 | - | 150.00 |
| 06/24/2022 | 🕐 | Draft motion for settlement approval ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 2.10h | 300.00 | - | 630.00 |
| 06/27/2022 | 🕐 | Correspondence with D.Lipsky about settlement agreement and motion for settlement approval. ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 06/27/2022 | 🕐 | Draft settlement agreement adding exeption language for Defendant Blanco ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / | Milana Dostanitch | 0.20h | 300.00 | - | 60.00 |
| | | | | | **125.79h** | | **$0.00** 0.0h | **$36,196.65** 125.79h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|--------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | | DEVELOPERS INC and ABC CORPORATION | | | | | |
| 06/27/2022 | 🕐 | Correspondence with opposing counsel about settlement agreement edits.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.10h | 300.00 | - | 30.00 |
| 06/27/2022 | 🕐 | Teleconference with client to go over the settlement agreement.<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.40h | 300.00 | - | 120.00 |
| 06/27/2022 | 🕐 | Draft motion for settlement approval<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 0.60h | 300.00 | - | 180.00 |
| 06/27/2022 | 🕐 | Updating of Information<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Carmenliggia Espinal | 0.43h | 85.00 | - | 36.55 |
| 06/27/2022 | 🕐 | Draft motion for settlement approval (2.6); perform legal research regarding the settlement agreement release (0.4); draft settlement agreement (0.3).<br>● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Milana Dostanitch | 3.30h | 300.00 | - | 990.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 06/27/2022 | 🕐 | Review and revise Cheeks motion.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Douglas Lipsky | 0.80h | 400.00 | - | 320.00 |
| 06/27/2022 | 🕐 | Revise and revise settlement agreement.<br>🔵 Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Douglas Lipsky | 0.40h | 400.00 | - | 160.00 |
| | | | | | **125.79h** | | **$0.00**<br>0.0h | **$36,196.65**<br>125.79h |

# EXHIBIT D

# Activities Export

06/30/2022
4:17 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 04/14/2021 | $ | Filing fee. <br> ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Douglas Lipsky | 1.00 | 402.00 | - | 402.00 |
| 02/26/2022 | $ | Process server re DP Group General Contractors <br> ● Unbilled | 01244-Yunganaula YUNGANAULA v. D.P. GROUP GENERAL CONTRACTORS / DEVELOPERS INC and ABC CORPORATION | Douglas Lipsky | 1.00 | 95.00 | - | 95.00 |
| | | | | | | | **$0.00** <br> 0.0h | **$497.00** <br> 0.0h |